IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

      Plaintiff,                    No. CIV S-06-0160 FCD KJM P

     vs.

K. PROSPER, et al.,

      Defendants.               ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 2, 2007, the court gave plaintiff the option of filing a second amended complaint or proceeding on the amended complaint filed December 11, 2006. Plaintiff has notified the court he wishes to proceed on the already-filed amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Braida, Epperson, Williams, Cook, Gonzalez, Briddle and Vanderville.

1

1  2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one
2  summons, an instruction sheet and a copy of the amended complaint filed December 11, 2006.
3  3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5     a. The completed Notice of Submission of Documents;
6     b. One completed summons;
7     c. One completed USM-285 form for each defendant listed in number 1
8     above; and
9     d. Eight copies of the endorsed amended complaint filed December 11,
10    2006.
11  4. Plaintiff need not attempt service on defendants and need not request waiver of
12  service. Upon receipt of the above-described documents, the court will direct the United States
13  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
14  without payment of costs.
15  DATED: June 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
will0160.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

    Plaintiff,                                No. CIV S-06-0160 FCD KJM P

    vs.

K. PROSPER, et al.,                       <u>NOTICE OF SUBMISSION</u>

    Defendants.                          <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____
                            Amended Complaint

DATED:

                                                    Plaintiff