IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEE WILLIAMS,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**K. PROSPER, et al.,,**<br><br>                              Defendants. | 2:06-cv-0160 FCD KJM P<br><br>**ORDER** |

On September 11, 2007, Defendants sought leave of the Court for an extension of time to file responsive pleadings to Plaintiff's complaint. They further asked that if granted, they be granted an additional forty five (45) days to file their responsive pleadings.

**IT IS HEREBY ORDERED.** Upon careful examination of the moving documents, the Court finds good cause and grants Defendants' request for an additional forty five (45) days to file their responsive pleadings.

DATED: September 14, 2007.

_____
U.S. MAGISTRATE JUDGE

1