IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

    Plaintiff,                    No. CIV S-06-0160 FCD KJM P

   vs.

K. PROSPER, et al.,

    Defendants.             ORDER

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 24, 2007, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on November 22, 2006 and March 7, 2007. All motions were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's September 24, 2007 motion for appointment of counsel is denied.

DATED: October 19, 2007.

                                    U.S. MAGISTRATE JUDGE

/mp
will0160.31thr