IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEE WILLIAMS,** | 2:06-cv-0160 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **K. PROSPER, et al.,,** | |
| Defendants. | |

Good cause having been shown, Defendants' Second Request for an Extension of Time to File a Responsive Pleading to Plaintiff's Complaint is granted. Defendants have sixty (60) days from the date of filing the Second Request for an Extension of Time to file their responsive pleading to Plaintiff's complaint.

November 9, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1