MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Co-Counsel for Defendants,
SUE COOK, J. EPPERSON,
and A. BRAIDA

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD LEE WILLIAMS, | CASE NO.:   2:06-cv-0160-FCD-KJM P |
| Plaintiff, | **ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| K. PROSPER, et al. | |
| Defendants.          / | |

Good cause having been shown, Defendants' Third Request for an Extension of Time to File a Responsive Pleading to Plaintiff's Amended Complaint, is granted. Defendants have until February 5, 2008 to file their responsive pleading to Plaintiff's Amended Complaint.

Dated:  January 11, 2008.

_____
U.S. MAGISTRATE JUDGE