IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE WILLIAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>K. PROSPER, et al.,<br><br>               Defendants. | 2:06-cv-0160 FCD KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Defendants' first request for an extension of time to respond to Plaintiff's interrogatories and requests for production of documents was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that the Defendants have until January 24, 2008, to serve their answers to interrogatories and responses to requests for production of documents.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE