IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

    Plaintiff,　　　　　　　　　　No. CIV S-06-0160 FCD KJM P

  vs.

K. PROSPER, et al.,

    Defendants.　　　　　　　　　ORDER
_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' April 23, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (Docket No. 86) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' April 23, 2008 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
will0160.36