IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

     Plaintiff,                    No. CIV S-06-0160 FCD KJM P

     vs.

K. PROSPER, et al.,

     Defendants.            <u>ORDER</u>

_____/

         On June 5, 2008, plaintiff filed a request for reconsideration of that portion of the magistrate judge's order filed May 23, 2008, denying plaintiff's motion to compel the production of documents as specified in requests 4-9, 11-12, 14-15, 34 and 37 of the identical requests served on defendants Gonzales, Vanderville and Briddle.  Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 23, 2008, is affirmed.

DATED: June 11, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1