IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE WILLIAMS,

      Plaintiff,                      No. CIV S-06-160 FCD KJM P

     vs.

K. PROSPER, et al.,

      Defendants.              ORDER

_____/

        On May 23, 2008, the court directed counsel for the defendants to provide confidential memoranda from plaintiff's central file to determine whether these should be disclosed to plaintiff as part of the discovery process. On June 11, 2008, counsel filed the following documents under seal: a confidential memorandum dated January 4, 2000; a confidential memorandum dated October 10, 2002; a confidential memorandum dated April 29, 2003; and a confidential memorandum dated January 8, 2004. Counsel also noted that defendants could not locate a confidential memorandum dated February 11, 1999, also sought by plaintiff in discovery.

/////

/////

/////

1

1   After reviewing these documents, the court finds that the security of the
2 institution may be jeopardized by the release of the memoranda dated January 4, 2000, October
3 10, 2002, and January 8, 2004, but finds that it will not be jeopardized by release to plaintiff of
4 the memorandum dated April 29, 2003.
5   IT IS THEREFORE ORDERED that within twenty days of the date of this order,
6 defendants provide plaintiff with a copy of the confidential memorandum dated April 29, 2003.
7 DATED: July 9, 2008.

_____
U.S. MAGISTRATE JUDGE