**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WILLIAMS,

    Plaintiff,

       v

K. PROSPER et al.

    Defendants.

Case No C 06-160 FCD KJM
    C 08-1138 FCK KJM
REPORT OF PRO SE PRISONER
EARLY SETTLEMENT
PROCEEDING

A settlement conference in this matter was held on December 8, 2008. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Marta Barlow

☒ Other: Alan Sobel for California Department of Corrections and Rehabilitation, Mark Harris for Defendant Braida, Jonathon Paul for Defendants Cook and Epperson

**United States District Court**
For the Northern District of California

1

2

3   (2)      The following individuals, parties, and/or representatives did not appear:

4   (3)      The outcome of the proceeding was:

5           ☐ The case has been completely settled.

6           ☐  The case has been partially resolved and, on or before

7   _____, counsel for defendants shall file a joint stipulation specifying

8   those claims which have been resolved and those that remain to be resolved by the Court.

9           ☐ The parties agree to an additional follow up settlement on

10  _____.

11          ☒  The parties are unable to reach an agreement at this time.  However the parties

12  agreed to a second settlement conference after the summary judgment motion is ruled on.

13  Date:   December 31,2008                    _____

14                                              Nandor J Vadas
                                                United States Magistrate Judge
15                                              Northern District of California
                                                Sitting by Designation

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Williams

No. C 06-160 and C 08-1138

v.                                       CERTIFICATE OF SERVICE

Prosper et al.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Donald Williams**
H-22608
CALIFORNIA STATE PRISON, SACRAMENTO (REPRESA-29)
P.O. BOX 290066
REPRESA, CA 95671-0002

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3