EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MARTA C. BARLOW, State Bar No. 230294
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8789
  Fax: (916) 324-5205
  Email: Marta.Barlow@doj.ca.gov

Attorneys for Defendants Gonzalez, Vanderville and Briddle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD LEE WILLIAMS,** | 2:06-cv-0160 FCD KJM P |
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL** |
| v. | |
| **K. PROSPER, et al.,,** | |
| Defendants. | |

The Parties' Stipulation of Voluntary Dismissal was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that the above entitled action be voluntarily dismissed with prejudice as to Plaintiff's claims against Defendants Vanderville, Briddle, and Gonzalez pursuant to Federal Rule of Civil Procedure 41(a) and that judgment be entered.

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

1